UNITED STATES, Appellee

v

PRINTICE WYSINGLE, JR., Staff Sergeant,
U. S. Army, Appellant

19 USCMA 81, 41 CMR 81

No. 21,597

November 21, 1969

*Colonel Daniel T. Ghent, Major Dennis R. Hunt,* and *Captain Thomas R. Maher* were on the pleadings for Appellant, Accused.

*Major Edwin P. Wasinger* and *Captain Benjamin G. Porter* were on the pleadings for Appellee, United States.

## Opinion

QUINN, Chief Judge:

This is a companion case to United States v Adams, 19 USCMA 75, 41 CMR 75. The accused filed a similar petition for reconsideration, which we granted. For the reasons set out in our opinion on the petition in the *Adams* case, we reverse the decision of the board of review as to specification 2 of the charge and the sentence.

The findings of guilty of specification 2 are set aside. The record of trial is returned to the Judge Advocate General of the Army for resubmission to the Court of Military Review. In its discretion, the Court of Military Review may dismiss specification 2 and reassess the sentence on the basis of the remaining findings of guilty, or it may order a rehearing before a court-martial on the specification and the sentence.

DARDEN, Judge (concurring in part and dissenting in part)

For the reasons set out in my separate opinion in United States v Adams, 19 USCMA 75, 41 CMR 75, I

would affirm the decision of the board of review in this case.

FERGUSON, Judge (concurring in the result):

I concur in the result.

This is a companion case to United States v Adams, 19 USCMA 75, 41 CMR 75. For the reasons set forth in my separate opinion in *Adams,* I concur in the result reached by Chief Judge Quinn in this case.